# United States District Court Violation Notice

CVB Location Code: A51

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5340119 | O'Neil | 1898 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 5/26/18 | 36 CFR 261.5 (c) |

Place of Offense: Sycamore Canyon

Offense Description: Causing Timber to burn

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Powers | Philip | A |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Tempe | AZ | 85283 | 3/198 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | AZ | 8021 |

| ☒ Adult ☐ Juvenile | Sex ☒ M ☐ F | Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|---|
| | | W | Blk | Brn | 6-1 | 2 |

## VEHICLE DESCRIPTION

VIN:

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MU PAY AMOUNT INDICATED BEL OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ Forfeiture Amou

+ $30 Processing Fee

PAY THIS AMOUNT → $ Total Collateral D

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) / Time (hh:mm) |
|---|---|
| 123 N. San Francisco St Flagstaff AZ 86001 | TBD / 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of g I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete | Original - CVB Copy | FS-5300-4 (3/2017

20-4097MJ-001-PCT-CDB



## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 05/28/2018 at 1028 hours while exercising my duties as a law enforcement officer in the Federal District of Arizona I received a text from the Coconino National Forest Fire Dispatch Center informing me of a fire on the Red Rock Ranger District in the area of the Sycamore Wilderness area.

At 1153 hours I received a phone call from Kaibab National Forest Law Enforcement Officer Gerry Parker who stated that a male suspect was being flown out of the Sycamore Fire area and would arrive at the Sedona Airport shortly.

The helicopter arrived and a male was taken off the aircraft. The male stated that he was Philip POWERS and he had started the fires to attract help after he had lost his direction on the trail and had run out of water. I read POWERS his Miranda warning and asked about the fires.

POWERS summarily stated that he had planned on a day hike but that he had lost the trail after hiking to Taylor Cabin and had to back track, making the total hike longer than he had anticipated. POWERS stated that on the 27th, after he returned to Taylor Cabin, he lit the first fire (the Taylor Fire) with a lighter hoping to attract help.

On the morning of the 28th POWERS left the Taylor Cabin area and hiked about a mile or a mile and a half before he began having cramps and realized that he was not going to be able to hike the remaining 8 miles to his car. POWERS lit a second fire (the Sycamore Fire) with his lighter in an attempt to signal for help at about 9:00 am.

After an hour POWERS left his pack next to origin of the Sycamore Fire and continued hiking towards his car. About 20 minutes after POWERS left the Sycamore Fire, he notices an airplane circling the area and shortly after that, a helicopter. POWERS, who was dressed in green camouflage clothing, stated that he lit a third fire (the Sycamore 2 Fire) in an attempt to attract the firefighters to his location as well as waving an orange cloth. The firefighters located POWERS and he was flown to the Sedona Airport.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☒ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/12/20 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 6/8/2020 [signature]
Date (mm/dd/yyyy) U.S. Magistrate Judge

# United States District Court Violation Notice

CVB Location Code: A51

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5340120 | O'NEIL | 1898 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 5/28/18 | 36 CFR 261.5(c) |

Place of Offense: Sycamore Canyon

Offense Description: CAUSING TIMBER TO BURN

DEFENDANT INFORMATION Phone

| Last Name | First Name | M.I. |
|---|---|---|
| POWERS | PHILIP | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| TEMPE | AZ | 85283 | /198 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | AZ | 8021 |

☑ Adult ☐ Juvenile | Sex ☑ M ☐ F | Race W | Hair BLK | Eyes BRO | Height 6-1 | Weight 20

VEHICLE DESCRIPTION VIN:

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MU PAY AMOUNT INDICATED BEL OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amou

+ $30 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral D

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. SANFRANCISCO ST FLAGSTAFF AZ 86001 | TBD |
| | Time (hh:mm) 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of gu I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______

Previous edition is obsolete Original - CVB Copy FS-5300-4 (3/2017)

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 05/28/2018 at 1028 hours while exercising my duties as a law enforcement officer in the Federal District of Arizona I received a text from the Coconino National Forest Fire Dispatch Center informing me of a fire on the Red Rock Ranger District in the area of the Sycamore Wilderness area.

At 1153 hours I received a phone call from Kaibab National Forest Law Enforcement Officer Gerry Parker who stated that a male suspect was being flown out of the Sycamore Fire area and would arrive at the Sedona Airport shortly.

The helicopter arrived and a male was taken off the aircraft. The male stated that he was Philip POWERS and he had started the fires to attract help after he had lost his direction on the trail and had run out of water. I read POWERS his Miranda warning and asked about the fires.

POWERS summarily stated that he had planned on a day hike but that he had lost the trail after hiking to Taylor Cabin and had to back track, making the total hike longer than he had anticipated. POWERS stated that on the 27th, after he returned to Taylor Cabin, he lit the first fire (the Taylor Fire) with a lighter hoping to attract help.

On the morning of the 28th POWERS left the Taylor Cabin area and hiked about a mile or a mile and a half before he began having cramps and realized that he was not going to be able to hike the remaining 8 miles to his car. POWERS lit a second fire (the Sycamore Fire) with his lighter in an attempt to signal for help at about 9:00 am.

After an hour POWERS left his pack next to origin of the Sycamore Fire and continued hiking towards his car. About 20 minutes after POWERS left the Sycamore Fire, he notices an airplane circling the area and shortly after that, a helicopter. POWERS, who was dressed in green camouflage clothing, stated that he lit a third fire (the Sycamore 2 Fire) in an attempt to attract the firefighters to his location as well as waving an orange cloth. The firefighters located POWERS and he was flown to the Sedona Airport.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☒ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/12/20 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 6/8/2020 [signature]
Date (mm/dd/yyyy) U.S. Magistrate Judge

# United States District Court Violation Notice

CVB Location Code: A51

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5340121 | ONEIL | 1898 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 5/20/18 | 36 CFR 261.5(c) |

Place of Offense: TAYLOR CABIN

Offense Description: CAUSING TIMBER TO BURN

**DEFENDANT INFORMATION** Phone

| Last Name | First Name | M.I. |
|---|---|---|
| POWERS | PHILIP | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yy |
|---|---|---|---|
| TEMPE | AZ | 85283 | 198 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | AZ | 8021 |

☒ Adult ☐ Juvenile | Sex ☒ M ☐ F | Race W | Hair BLK | Eyes BRO | Height 6-1 | Weigh 20

**VEHICLE DESCRIPTION** VIN:

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MU PAY AMOUNT INDICATED BEL OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ Forfeiture Amou

+ $30 Processing Fee

**PAY THIS AMOUNT →** $ **Total Collateral D**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. SANFRANCISCO ST FLAGSTAFF AZ 86001 | TBD |
| | Time (hh:mm) 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of gu I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete | Original - CVB Copy | FS-5300-4 (3/2017)



**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 05/28/2018 at 1028 hours while exercising my duties as a law enforcement officer in the Federal District of Arizona I received a text from the Coconino National Forest Fire Dispatch Center informing me of a fire on the Red Rock Ranger District in the area of the Sycamore Wilderness area.

At 1153 hours I received a phone call from Kaibab National Forest Law Enforcement Officer Gerry Parker who stated that a male suspect was being flown out of the Sycamore Fire area and would arrive at the Sedona Airport shortly.

The helicopter arrived and a male was taken off the aircraft. The male stated that he was Philip POWERS and he had started the fires to attract help after he had lost his direction on the trail and had run out of water. I read POWERS his Miranda warning and asked about the fires.

POWERS summarily stated that he had planned on a day hike but that he had lost the trail after hiking to Taylor Cabin and had to back track, making the total hike longer than he had anticipated. POWERS stated that on the 27th, after he returned to Taylor Cabin, he lit the first fire (the Taylor Fire) with a lighter hoping to attract help.

On the morning of the 28th POWERS left the Taylor Cabin area and hiked about a mile or a mile and a half before he began having cramps and realized that he was not going to be able to hike the remaining 8 miles to his car. POWERS lit a second fire (the Sycamore Fire) with his lighter in an attempt to signal for help at about 9:00 am.

After an hour POWERS left his pack next to origin of the Sycamore Fire and continued hiking towards his car. About 20 minutes after POWERS left the Sycamore Fire, he notices an airplane circling the area and shortly after that, a helicopter. POWERS, who was dressed in green camouflage clothing, stated that he lit a third fire (the Sycamore 2 Fire) in an attempt to attract the firefighters to his location as well as waving an orange cloth. The firefighters located POWERS and he was flown to the Sedona Airport.

The foregoing statement is based upon:
☑ my personal observation ☑ my personal investigation
☑ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/12/20 ______________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 6/8/2020 ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge